# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CALDERON,<br><br>    Petitioner,<br><br>    v.<br><br>FREDERIC FOULKS,<br><br>    Respondent. | Case No. 1:16-cv-00276-SAB-HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE<br><br>(ECF Nos. 5, 7) |

Petitioner is a state prisoner, represented by counsel, proceeding in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 4, 2016, Petitioner filed a motion to extend the time to file his response to the order to show cause. (ECF No. 5).[1]

Good cause having been presented to the Court,

IT IS HEREBY ORDERED that Petitioner is granted to and including April 18, 2016, to file his response to the order to show cause.

IT IS SO ORDERED.

Dated:   **April 6, 2016**

UNITED STATES MAGISTRATE JUDGE

---

[1] Due to an electronic filing error, Petitioner refiled the same motion on April 5, 2016. (ECF No. 7).

1