1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9
10

EASTERN DISTRICT OF CALIFORNIA

11   LUIS CALDERON,                              Case No. 1:16-cv-00276-LJO-SAB-HC

12              Petitioner,                      ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATION (ECF No. 12),
13       v.                                      DENYING PETITIONER'S MOTION FOR
                                                 A <u>RHINES</u> STAY, AND GRANTING
14   FREDERIC FOULKS,                            PETITIONER'S REQUEST TO PROCEED
                                                 WITH <u>KELLY</u> STAY
15              Respondent.

16

17       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254. On May 11, 2016, the Magistrate Judge issued Findings and

19   Recommendation that recommended denying Petitioner's motion for stay pursuant to <u>Rhines v.</u>

20   <u>Weber</u>, 544 U.S. 269 (2005), but allowing Petitioner to proceed with the stay procedure set forth

21   in <u>Kelly v. Small</u>, 315 F.3d 1063 (9th Cir. 2002). (ECF No. 12). On July 14, 2016, Petitioner

22   filed his concurrence with the Magistrate Judge's recommendation. (ECF No. 15).

23       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted

24   a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that

25   the Findings and Recommendation is supported by the record and proper analysis, and there is no

26   need to modify the Findings and Recommendation.

27   ///

28   ///

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The Findings and Recommendation issued on May 11, 2016 (ECF No. 12) is

3         ADOPTED IN FULL;

4    2.  Petitioner's motion for a stay under <u>Rhines</u> is DENIED;

5    3.  Petitioner's motion for a <u>Kelly</u> stay is GRANTED; and

6    4.  Petitioner is DIRECTED to file by August 15, 2016, an amended petition for writ of

7         habeas corpus deleting any unexhausted claims. Thereafter, the Court will stay the

8         proceedings pending exhaustion of state remedies.

IT IS SO ORDERED.

9

10   Dated:   **July 19, 2016**                    **/s/ Lawrence J. O'Neill**
                                          UNITED STATES CHIEF DISTRICT JUDGE

11        5.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28