# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CALDERON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FREDERIC FOULKS,<br><br>　　　　Respondent. | Case No. 1:16-cv-00276-SAB-HC<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE<br><br>(ECF No. 34) |

Petitioner is a state prisoner, represented by counsel, proceeding in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On March 29, 2018, the Court issued an order to show cause why the stay in this matter should not be vacated. (ECF No. 33). Counsel for Petitioner filed the instant request to extend the time to file his response to the order to show cause on April 9, 2018, four days after a response was due. (ECF No. 34).

Although the Court will grant the extension, the Court notes that it is not the Court's responsibility to keep track of the parties' deadlines and counsel is advised that the Court expects the parties to file requests for extensions of time before the expiration of a deadline.

///
///
///

1

IT IS HEREBY ORDERED that Respondent is granted to and including April 17, 2018, to file a response to the order to show cause.

IT IS SO ORDERED.

Dated:  **April 10, 2018**

_____
UNITED STATES MAGISTRATE JUDGE

2