# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CALDERON, | Case No. 1:16-cv-00276-LJO-SAB-HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO LODGE DOCUMENTS |
| v. | |
| FREDERIC FOULKS, | |
| Respondent. | |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 13, 2018, Respondent filed a notice of electronically lodging documents in support of the motion to dismiss. (ECF No. 47). However, the Court has yet to receive said documents. Accordingly, IT IS HEREBY ORDERED that within seven (7) days of the date of this order, Respondent SHALL LODGE documents in support of the motion to dismiss.

IT IS SO ORDERED.

Dated: **August 29, 2018**

UNITED STATES MAGISTRATE JUDGE